# AFFIDAVIT

I, Grace Bodker, being duly sworn, depose and state that:

## INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since September 2023. I am assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(o) which prohibits the possession and transfer of machine guns.

3. This affidavit is being submitted for the purpose of establishing probable cause that Deshawn Mitchell (hereinafter referred to as "MITCHELL"), has violated a violation of Title 18, United States Code (U.S.C.) § 922(o) – illegal possession/transfer of machine guns. I am aware, based on my experience and training, that 26 U.S.C. § 5845(b) defines machine gun to include a Machine Gun Conversion Device (MCD).

4. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## FACTUAL BASIS

5. In late 2025, ATF Columbus began investigating an individual believed to be involved in the possession and shipment of Machine Gun Conversion Devices (MCDs), in the Southern District of Ohio and elsewhere. The individual is identified for purposes of this affidavit as <u>Target 1</u>.

6. On or about December 16, 2025, an ATF Special Agent, acting in an undercover capacity and hereinafter referred to as the UC, and an ATF Cooperating Source, hereinafter referred to as CS, coordinated an undercover MCD transaction with an individual believed to be Target 1. Subsequent investigation revealed that the individual communicating with the UC and the CS was actually Deshawn MITCHELL. MITCHELL corresponded with the UC and CS via assigned call number (380) 287-9732 about the purchase of 250 MCDs. The CS informed MITCHELL that the UC was his "cousin". MITCHELL inquired about the date, time, and location to meet the UC to receive the package of MCDs. On or about September 28, 2025, Target 1 sent approximately $3000 to the CS for payment of 250 MCDs.

7. On or about December 17, 2025, the UC and MITCHELL agreed as to the location and time to conduct the transaction. On the same date, at approximately 12:08 pm, MITCHELL drove to 7323 State Route 37 E, Sunbury, Ohio, to meet the UC for the purpose of receiving 250 "incognito" MCDs (75 black, 50 red, 50 gold, 50 blue, and 25 silver). MITCHELL arrived and parked within the vicinity of the UC vehicle. From the same number that the prior phone communications occurred, MITCHELL texted the UC to confirm he could walk over and enter the Undercover Vehicle (UCV). The UC confirmed with MITCHELL that he could enter the UCV and MITCHELL walked over to the UCV and entered the front passenger seat. The UC and MITCHELL exchanged greetings. The UC presented MITCHELL with a box containing 80 exterior button MCD's. MITCHELL took possession of the box. The UC advised MITCHELL that he also had the pre-agreed upon 250 "incognito" MCD's for MITCHELL in the vehicle but that according to the CS, he/she also wanted MITCHELL/GIVENS to have these 80 exterior button MCD's complimentary due to how long it had taken from the payment for the 250 "incognito" MCD's to receipt of the MCD's. MITCHELL accepted the additional 80 MCDs, and took possession of them. The UC then asked MITCHELL if he wanted a separate bag to place all of the switches, the 80 and the additional 250 MCDs that the UC referenced, to which MITCHELL confirmed in the affirmative with the UC. The UC then initiated a pre-planned bust signal, and the ATF arrest team placed MITCHELL in custody.

8. Following his arrest, officers advised MITCHELL of his Miranda rights, and MITCHELL voluntarily agreed to be interviewed. During the interview, MITCHELL stated that Target 1 advised him that he (Target 1) was "picking up like 100 switches" and would pay MITCHELL $500 if MITCHELL would pick up the switches for him. MITCHELL explained that a switch converts a firearm from semi-automatic to fully automatic. Furthermore, MITCHELL subsequently admitted his knowledge and understanding of function as it relates to an MCD.

## CONCLUSION

9. Based upon the above listed facts and circumstances, affiant beliefs and asserts that there is probable cause to believe that on or about December 17, 2025, in the Southern District of Ohio, MITCHELL did knowingly possess a machinegun, to wit: approximately 80 machine gun conversion devices, in violation of Title 18, United States Code, Section 922(o).

*Grace Bodker*
Grace Bodker
ATF Special Agent

Sworn to and subscribed before me this __18th__ day of December 2025, in Columbus, Ohio.

*Chelsey M. Vascura*
~~Elizabeth Preston Deavers~~ Chelsey M. Vascura
United States Magistrate Judge